ACH Capital West LLC c/o Valerga LLC
395 S. Main St. 201
Alpine, UT 84004

Aqua
Po Box 1143
Wausau, WI 54402-1143

Bankunited, N.A.
Bradford G. Hughes
Tiffany B. Hunter Clark Hill
555 South Flower 24th Floor
Los Angeles, CA 90071

Caesar's Rewards Visa Credit Card
PO Box 182125
Columbus, OH 43218-2125

Capital One
PO Box 60519
City of Industry, CA 91716-0519

Capital One Business
PO Box 60519
City of Industry, CA 91716-0519

CDFTA
P.O. Box 942879
Sacramento, CA 94279-0001

City of Los Angeles
P.O. Box 53233
Los Angeles, CA 90053-0223

Costco Anywhere Visa Card by Citi
PO Box 78019
Phoenix, AZ 85062-8019

Elan Financial Services
P.O. Box 790299
Saint Louis, MO 63179-0299

Foundation Finance Company
PO Box 3148
Hicksville, NY 11802-3148

Glass & Goldberg
22917 Burbank Blvd
Woodland Hills, CA 91367

GM Financial
Po Box 183834
Arlington, TX 76096

Greensky
PO Box 71215
Charlotte, NC 28272-1215

Lafayette Federal Credit Union
2701 Tower Oaks Blv.d
Rockville, MD 20852

Lafayette Federal Credit Union c/o Silverman Theologou LLP
11835 Olympic Blvd 855E
Los Angeles, CA 90064

Leapwood Associaties
P.O. Box 15657
90885

Legend Advance Funding II, LLC c/o Martinez Law PA
2525 Ponce de Leon 300
Miami, FL 33134

Lyon Collection Services
7924 West Sahara Ave.
Las Vegas, NV 89117

Macy's American Express
PO Box 78007
Phoenix, AZ 85062-8007

Mosaic
PO Box 78080
Phoenix, AZ 85062-8080

Mr. Cooper
Po Box 818060
Cleveland, OH 44181-8060

Navy Federal Credit Union
PO Box 3500
Merrifield, VA 22119-3500

PatientFi
P.O. Box 91910
Sioux Falls, SD 57109

PHH Mortgage
Po Box 660093
Dallas, TX 75266-0093

Rozlin Financial Group
P.O. Box 537
Sycamore, IL 60178

Samson MCA LLC
80 Broad St. Ste. 3303
New York, NY 10004

Womble Bond Dickson LLP
50 California St. 2750
San Francisco, CA 94111