CLARK HILL LLP
Datev "Dave" Shenian (SBN 166705)
dshenian@ClarkHill.com
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

Attorneys for Creditor BankUnited, N.A.

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA – (SANTA ANA)**

| | |
|---|---|
| In re<br><br>JASON SANTA,<br><br>Debtor. | Case No. 8:25-bk-11842-SC<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE that Datev "Dave" Shenian of Clark Hill LLP, hereby enters his appearance as attorney of record for BankUnited, N.A. ("BankUnited"), a Creditor herein, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure. Furthermore, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, it is hereby requested that all notices given or required to be given in this case be given to and served upon the undersigned at the following office, email and telephone number:

Datev "Dave" Shenian (SBN 166705)
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
E-mail: dshenian@ClarkHill.com

**and**

Sandra S. Hamilton
Clark Hill PLC
200 Ottawa Ave NW, Suite 500
Grand Rapids, MI 49503
Telephone No.: (616) 608-1141
Facsimile No.: (616) 608-1194
Email: bankruptcyfiling@clarkhill.com

Neither this appearance, nor any Request for Special Notice, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct shall constitute a waiver of BankUnited of any:

(a) Right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge or Bankruptcy Appellate Panel;

(b) Right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vet non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which BankUnited is entitled under any agreement or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto BankUnited without exception, and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

Dated: July 23, 2025

CLARK HILL LLP

/s/ Datev "Dave" Shenian

Datev "Dave" Shenian (SBN 166705)
555 South Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
E-mail: dshenian@ClarkHill.com
Attorneys for BankUnited, N.A.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 555 South Flower Street, 24th Floor, Los Angeles, CA 90071.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE FILED BY BANKUNITED, N.A. will be served or was served (a) on the Honorable Scott C. Clarkson (No judge's copy required); and (b) in the manner stated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 23, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Paul V. Reza
30012 Ivy Glenn Dr., Ste. 285
Laguna Niguel, CA 92677
Phone: 949-496-0718
Fax: 949-496-7654
Email: pvr1789@gmail.com
PVRLaw@gmail.com

Jeffrey I. Golden (TR)
Golden Goodrich LLP
2070 Bristol Street, Suite 640
Costa Mesa, CA 92626
Phone: 714-966-1000
Email: lwerner@go2.law
kadele@go2.law
C205@ecfcbis.com

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
Phone: 714-338-3400
Email: ustpregion16.sa.ecf@usdoj.gov

**SERVED BY UNITED STATES MAIL:**

On July 23, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JASON SANTA
15601 Tustin Village Way #1
Tustin, CA 92780

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 23, 2025

CLARK HILL LLP

/s/ Ngozi C. Taylor