Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

**Paul V. Reza**
**Paul V. Reza**
**30012 Ivy Glenn Dr. 285**
**Laguna Niguel, CA 92677**
**Phone: (949) 496-0718**
**Email: pvr1789@gmail.com**
**Bar Number: 113512**
**Attorney for Debtor**

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

FOR COURT USE ONLY

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

In re:

**Jason Santa**

Debtor(s).

CASE NO.: 8:25-bk-11842

CHAPTER: 7

# DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 07/19/2025 Jason Santa
Printed name of Debtor 1

Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ______________ ________________________________ ________________________________

Printed name of Debtor 2 Signature of Debtor 2

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000260007 |

# Earnings Statement

PRO SAFETY, LLC.
20503 BELSHAW AVE
CARSON, CA 90746

Period Beginning: 06/08/2025
Period Ending: 06/21/2025
Pay Date: 06/27/2025

JASON F SANTA
15601 TUSTIN VILLAGE WAY
APT 1
TUSTIN CA 92780

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 69,999.93 |
| Vacation | | 32.00 | | |
| **Gross Pay** | | | **$5,384.61** | 69,999.93 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Social Security Tax | -324.80 | 4,214.46 |
| | Medicare Tax | -75.96 | 985.64 |
| | CA SDI Tax | -62.86 | 815.70 |
| **Other** | | | |
| | Medical | -123.50* | 1,741.90 |
| | Met Trm Lif Ee | -10.00 | 120.00 |
| | Ts Dental | -20.92* | 263.49 |
| | Ts Vision | -1.49* | 19.37 |
| | Auto Allowance | | -13,000.00 |
| **Adjustment** | | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,765.08** | |
| | Checking 3Rd | -5,765.08 | 74,839.37 |
| | **Net Check** | **$0.00** | |

* **Excluded from federal taxable wages**

Your federal taxable wages this period are $5,238.70

Your CA taxable wages this period are $5,238.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 31.65 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

Advice number: 00000260007
Pay date: 06/27/2025

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,765.08 |

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000240007 | 1 |

# Earnings Statement

ADP

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 05/25/2025
Period Ending: 06/07/2025
Pay Date: 06/13/2025

**JASON F SANTA**
**15601 TUSTIN VILLAGE WAY**
**APT 1**
**TUSTIN CA 92780**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 64,615.32 |
| Holiday | | 8.00 | | |
| **Gross Pay** | | | **$5,384.61** | 64,615.32 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -324.80 | 3,889.66 |
| | Medicare Tax | -75.96 | 909.68 |
| | CA SDI Tax | -62.87 | 752.84 |
| | **Other** | | |
| | Medical | -123.50* | 1,618.40 |
| | Met Trm Lif Ee | -10.00 | 110.00 |
| | Ts Dental | -20.92* | 242.57 |
| | Ts Vision | -1.49* | 17.88 |
| | Auto Allowance | | -12,000.00 |
| | **Adjustment** | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,765.07** | |
| | Checking 3Rd | -5,765.07 | 69,074.29 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,238.70

Your CA taxable wages this period are $5,238.70

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 59.04 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

ADP

**Advice number:** **00000240007**
Pay date: 06/13/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,765.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000220007 | 1 |

# Earnings Statement

ADP

PRO SAFETY, LLC.
20503 BELSHAW AVE
CARSON, CA 90746

Period Beginning: 05/11/2025
Period Ending: 05/24/2025
Pay Date: 05/30/2025

JASON F SANTA
15601 TUSTIN VILLAGE WAY
APT 1
TUSTIN CA 92780

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 59,230.71 |
| **Gross Pay** | | | **$5,384.61** | 59,230.71 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Social Security Tax | -324.08 | 3,564.86 |
| | Medicare Tax | -75.79 | 833.72 |
| | CA SDI Tax | -62.72 | 689.97 |
| **Other** | | | |
| | Medical | -135.90* | 1,494.90 |
| | Met Trm Lif Ee | -10.00 | 100.00 |
| | Ts Dental | -20.15* | 221.65 |
| | Ts Vision | -1.49* | 16.39 |
| | Auto Allowance | | -11,000.00 |
| **Adjustment** | | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,754.48** | |
| | Checking 3Rd | -5,754.48 | 63,309.22 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

Your CA taxable wages this period are $5,227.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 54.42 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

ADP

**Advice number:** **00000220007**
Pay date: 05/30/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,754.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000200007 | 1 |

# Earnings Statement

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 04/27/2025
Period Ending: 05/10/2025
Pay Date: 05/16/2025

**JASON F SANTA**
**15601 TUSTIN VILLAGE WAY**
**APT 1**
**TUSTIN CA 92780**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 53,846.10 |
| **Gross Pay** | | | **$5,384.61** | 53,846.10 |

Your CA taxable wages this period are $5,227.07

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -324.07 | 3,240.78 |
| | Medicare Tax | -75.80 | 757.93 |
| | CA SDI Tax | -62.73 | 627.25 |
| | **Other** | | |
| | Medical | -135.90* | 1,359.00 |
| | Met Trm Lif Ee | -10.00 | 90.00 |
| | Ts Dental | -20.15* | 201.50 |
| | Ts Vision | -1.49* | 14.90 |
| | Auto Allowance | | -10,000.00 |
| | **Adjustment** | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,754.47** | |
| | Checking 3Rd | -5,754.47 | 57,554.74 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 49.81 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

**Advice number:** 00000200007
Pay date: 05/16/2025

| **Deposited to the account of** | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,754.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000180007 | 1 |

# Earnings Statement

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 04/13/2025
Period Ending: 04/26/2025
Pay Date: 05/02/2025

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

JASON F SANTA
15601 TUSTIN VILLAGE WAY
APT 1
TUSTIN CA 92780

Social Security Number: XXX-XX-7612

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 48,461.49 |
| Vacation | | 32.00 | | |
| **Gross Pay** | | | **$5,384.61** | 48,461.49 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -324.08 | 2,916.71 |
| | Medicare Tax | -75.79 | 682.13 |
| | CA SDI Tax | -62.72 | 564.52 |
| | **Other** | | |
| | Medical | -135.90* | 1,223.10 |
| | Met Trm Lif Ee | -10.00 | 80.00 |
| | Ts Dental | -20.15* | 181.35 |
| | Ts Vision | -1.49* | 13.41 |
| | Auto Allowance | | -9,000.00 |
| | **Adjustment** | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,754.48** | |
| | Checking 3Rd | -5,754.48 | 51,800.27 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

Your CA taxable wages this period are $5,227.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 45.19 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

**Advice number:** **00000180007**
Pay date: 05/02/2025

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,754.48 |

**NON-NEGOTIABLE**

CO. FILE DEPT. CLOCK VCHR. NO. 581
LND 000063 000100 0000180007 1

# Earnings Statement

ADP

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 04/13/2025
Period Ending: 04/26/2025
Pay Date: 05/02/2025

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

**JASON F SANTA**
**15601 TUSTIN VILLAGE WAY**
**APT 1**
**TUSTIN CA 92780**

Social Security Number: XXX-XX-7612

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 48,461.49 |
| Vacation | | 32.00 | | |
| **Gross Pay** | | | **$5,384.61** | 48,461.49 |

| Deductions | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -324.08 | 2,916.71 |
| | Medicare Tax | -75.79 | 682.13 |
| | CA SDI Tax | -62.72 | 564.52 |
| | **Other** | | |
| | Medical | -135.90* | 1,223.10 |
| | Met Trm Lif Ee | -10.00 | 80.00 |
| | Ts Dental | -20.15* | 181.35 |
| | Ts Vision | -1.49* | 13.41 |
| | Auto Allowance | | -9,000.00 |
| | **Adjustment** | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,754.48** | |
| | Checking 3Rd | -5,754.48 | 51,800.27 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

Your CA taxable wages this period are $5,227.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 45.19 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

ADP

**Advice number:** **00000180007**
Pay date: 05/02/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,754.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000160007 | 1 |

# Earnings Statement

ADP

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 03/30/2025
Period Ending: 04/12/2025
Pay Date: 04/18/2025

**JASON F SANTA**
**15601 TUSTIN VILLAGE WAY**
**APT 1**
**TUSTIN CA 92780**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 43,076.88 |
| **Gross Pay** | | | **$5,384.61** | 43,076.88 |

| **Deductions** | | this period | year to date |
|---|---|---|---|
| | **Statutory** | | |
| | Social Security Tax | -324.08 | 2,592.63 |
| | Medicare Tax | -75.79 | 606.34 |
| | CA SDI Tax | -62.73 | 501.80 |
| | **Other** | | |
| | Medical | -135.90* | 1,087.20 |
| | Met Trm Lif Ee | -10.00 | 70.00 |
| | Ts Dental | -20.15* | 161.20 |
| | Ts Vision | -1.49* | 11.92 |
| | Auto Allowance | | -8,000.00 |
| | **Adjustment** | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,754.47** | |
| | Checking 3Rd | -5,754.47 | 46,045.79 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

Your CA taxable wages this period are $5,227.07

| **Other Benefits and Information** | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 72.58 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

ADP

**Advice number:** 00000160007
Pay date: 04/18/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,754.47 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 581 |
|---|---|---|---|---|---|
| LND | 000063 | 000100 | | 0000140007 | 1 |

# Earnings Statement

*PRO SAFETY, LLC.*
*20503 BELSHAW AVE*
*CARSON, CA 90746*

Period Beginning: 03/16/2025
Period Ending: 03/29/2025
Pay Date: 04/04/2025

**JASON F SANTA**
**15601 TUSTIN VILLAGE WAY**
**APT 1**
**TUSTIN CA 92780**

Filing Status: Head of household
Exemptions/Allowances:
Federal: Tax blocked

Social Security Number: XXX-XX-7612

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 5384.61 | 80.00 | 5,384.61 | 37,692.27 |
| Vacation | | 16.00 | | |
| **Gross Pay** | | | **$5,384.61** | 37,692.27 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Social Security Tax | -324.08 | 2,268.55 |
| | Medicare Tax | -75.79 | 530.55 |
| | CA SDI Tax | -62.72 | 439.07 |
| **Other** | | | |
| | Medical | -135.90* | 951.30 |
| | Ts Dental | -20.15* | 141.05 |
| | Ts Vision | -1.49* | 10.43 |
| | Auto Allowance | | -7,000.00 |
| | Met Trm Lif Ee | | 60.00 |
| **Adjustment** | | | |
| | Auto Allowance | +1,000.00 | |
| | **Net Pay** | **$5,764.48** | |
| | Checking 3Rd | -5,764.48 | 40,291.32 |
| | **Net Check** | **$0.00** | |

*** Excluded from federal taxable wages**

Your federal taxable wages this period are $5,227.07

Your CA taxable wages this period are $5,227.07

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick Hours Bal | 40.00 | |
| Vac Hours Bal | 67.96 | |
| Totl Hrs Worked | 80.00 | |

## Important Notes

ADP TotalSource, Inc.,A Professional Employer Organization
10200 Sunset Drive, Miami, FL 33173
1-844-448-0325

BASIS OF PAY: SALARY

## Additional Tax Withholding Information

Taxable Marital Status:
CA: Single
Exemptions/Allowances:
CA: 0,Tax Blocked(Head of Household)

© 2000 ADP, Inc.

**Advice number:** 00000140007
Pay date: 04/04/2025

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JASON F SANTA | xxxxxx7017 | xxxx xxxx | $5,764.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**